

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00088-CR

Juan Manuel **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 1989CRA000237D3
Honorable Elma Teresa Salinas Ender, Judge Presiding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: April 27, 2022

DISMISSED FOR WANT OF JURISDICTION

This is an appeal from one count of murder. Appellant was convicted by jury trial on July 24, 1989. The written judgment states the sentence was imposed on July 25, 1989.

On August 3, 1989, Gonzalez's counsel filed a notice of appeal, and his appeal followed. This court affirmed his conviction on April 24, 1991, in case number 04-89-00401-CR.

On February 11, 2022, Appellant filed a notice of appeal, pro se, challenging his conviction. On February 22, 2022, we ordered Appellant to show cause why his appeal should not

---

[1] Beckie Palomo is the current presiding judge of the 341st District Court in Webb County.

be dismissed for want of jurisdiction.[2]  To date, this court has not received a response to the order to show cause.  Even if we consider the current notice of appeal as an untimely motion for rehearing from the opinion in 04-89-00401-CR, this court's plenary power from that appeal expired on June 24, 1991.  *See* TEX. R. APP. P. 19.1; *Rodriguez v. State*, 28 S.W.3d 25, 26 (Tex. App.—Houston [1st Dist.] 2000, no pet.).  We now dismiss the purported appeal for want of jurisdiction.

PER CURIAM

Do Not Publish

---

[2] A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction.  *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).